UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Bryan S. Ferguson,

                Plaintiff(s),

v.                                               Case No. 3:20-cv-12351-RHC-EAS
                                              Hon. Robert H. Cleland

Louis DeJoy, et al.,

                Defendant(s),

**NOTICE OF MOTION HEARING**

You are hereby notified to appear before District Judge Robert H. Cleland at the United States District Court, Federal Building, 526 Water Street, Port Huron, Michigan.  The following motion(s) are scheduled for hearing:

Motion for Summary Judgment – #26

- MOTION HEARING:  January 12, 2022 at 02:00 PM

**Certificate of Service**

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                     By: s/L. Wagner
                                                           Case Manager

Dated:  November 8, 2021