**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

BRYAN S. FERGUSON,

    Plaintiff,

v.                                     CASE NO: 20-CV-12351

LOUIS DEJOY, ET AL.,

    Defendants.

                                     /

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    This matter was referred to United States Magistrate Elizabeth A. Stafford pursuant to 28 U.S.C. §636(b)(1)(B) and Local Rule 72.1.  In her report filed on July 18, 2022, the magistrate judge recommended that this court grant Defendant DeJoy's Motion for Summary Judgment  [Dkt #26] on Plaintiff's coworker and supervisor retaliation claims.

No objections have been filed pursuant to 28 U.S.C.§ 636(b)(1)(C), thus further appeal rights are waived.[1]

    The Court ADOPTS the Report and Recommendation for purposes of this Order.

    Accordingly, IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' motion for

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion.  *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

summary judgment on Plaintiff's coworker and supervisor retaliation claims are **GRANTED**.

                                                   S/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: August 3, 2022

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, August 3, 2022, by electronic and/or ordinary mail.

                                                  S/Lisa Wagner
                                                  Case Manager and Deputy Clerk
                                                  (810) 292-6522