# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRYAN S. FERGUSON,

    Plaintiff,

v.                                  CASE No. 20-12351

LOUIS DEJOY, ET AL.,

    Defendants.

_____/

## JUDGMENT

In accordance with the Order Adopting Magistrate Judge's Report and Recommendation Granting Defendant's Motion for Summary Judgment on August 3, 2022

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff Bryan S. Ferguson.

Dated at Port Huron, Michigan, this 3rd day of August, 2022.

                                                   KINNIKIA ESSIX
                                                   CLERK OF COURT

                                                   BY: <u>s/Lisa Wagner</u>
                                                   Lisa Wagner Case Manager to
                                                   Judge Robert H. Cleland

.